UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MIGUEL TORRES | Case No. 96 CR 407<br><br>Honorable Charles R. Norgle |

## APPEARANCE OF COUNSEL

    Please take notice that Assistant United States Attorney John D. Mitchell is assigned to this case.

                                          Respectfully Submitted,

                                          JOHN R. LAUSCH, JR.
                                          United States Attorney

                            By:   */s/ John D. Mitchell*
                                          JOHN D. MITCHELL
                                          Assistant United States Attorney
                                          219 S. Dearborn St., 5th Floor
                                          Chicago, Illinois 60604
                                          (312) 353-5159

Dated:   May 9, 2022